| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | JEFFREY A. SPIVAK |
|   | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 6:22-mj-00009-HBK |
|   | 1:22-cr-00226-ADA-HBK |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AND SETTING OF STATUS CONFERENCE BEFORE THE MAGISTRATE JUDGE |
| MICHAEL PATRICK RARIDAN, | |
| Defendant. | DATE: OCTOBER 3, 2022 |
|   | TIME: 8:30 AM |
|   | COURT: HON. ANA DE ALBA |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss Count One of the Superseding Information in case (charging a violation of Title 18, United States Code, section 1801(a), Video Voyeurism), a Class A misdemeanor – in the interest of justice without prejudice.

Should the Court grant the dismissal, the remaining charge (Count Two – Disorderly Conduct) alleges a Class B misdemeanor (a petty offense) and, thus, pursuant to Federal Rule of Criminal Procedure 58(b)(2)(E)(i), the case may be properly heard by the Hon. Helena Barch-Kuchta, U.S. Magistrate Judge for all further proceedings with or without the defendant's consent.

Finally, the government requests the 1:22-cr-00226-ADA case be closed, the October 3, 2022 status conference (in the 1:22-cr-00226-ADA case) be vacated, and the matter be placed upon Judge Barch-Kuchta's October 4, 2022 calendar at 10:00 am for further status conference and initial appearance/arraignment (on case 6:22-mj-00009-HBK).  The government has confirmed this October 4, 2022 date and time with defense counsel.

DATED:  September 12, 2022         Respectfully submitted,

                                          PHILLIP A. TALBERT
                                        United States Attorney

                          By:  /s/ Jeffrey A. Spivak
                                JEFFREY A. SPIVAK
                                Assistant U.S. Attorney

## **O R D E R**

IT IS HEREBY ORDERED that Count One of the Superseding Information is dismissed in the interest of justice without prejudice.

IT IS FURTHER ORDERED that case #1:22-cr-00226-ADA is ordered CLOSED and the October 3, 2022 hearing before the Honorable Ana De Alba is hereby VACATED.

IT IS FURTHER ORDERED that this matter is hereby set for status conference and arraignment before the Honorable Helena Barch-Kuchta on October 4, 2022 at 10:00 am at the Yosemite Courthouse, and that this case continue as case number 6:22-mj-00009-HBK for all further proceedings.

IT IS SO ORDERED.

  Dated:  September 13, 2022                                      _____
                                                                    UNITED STATES DISTRICT JUDGE