1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                Case No.  6:22-mj-00009-HBK

12        v.                                  ORDER GRANTING DEFENDANT'S
                                              REQUEST FOR REMOTE APPEARANCE
13   MICHAEL RARIDAN
                                              (Doc. No.  17)
14

15

16          Pending before the Court is the Defendant's motion requesting that Defendant, Michael

17   Raridan, be permitted to appear by video teleconference on October 4, 2022 for his status

18   conference and arraignment.  (Doc. No. 17).  Defendant was charged by superseding information

19   with a violation of 36 C.F.R. § 2.34(a)(2) disorderly conduct.  (Doc. No. 8).  Defendant requests

20   an appearance by video teleconference because he is currently lives in Reno, Nevada.  (Doc. No.

21   17).  Defendant cites to *United States v. Steven J. Dolloff*, 6:22-po-00205-HBK to support his

22   request for a remote appearance because the Court permitted Mr. Dolloff, who also lives in Reno,

23   Nevada to appear remotely.  (*See docket* for 6:22-po-00205-HBK).

24          Hinging on the defendant's consent, video conferencing may be used to conduct an initial

25   appearance or arraignment.  Fed. R. Crim. P. 5(g), 10(c), 43(b)(2).  As authorized by Section

26   15002(b)(3) of the CARES Act, on March 30, 2020, the Chief Judge of the Eastern District of

27   California issued General Order No. 614 authorizing the use of video conferences for initial

28   appearances.  On September 19, 2022, General Order 614 was extended by General Order No.

655 for an additional 90 days to expire on December 18, 2022.

At the outset, the Court finds the instant action distinguishable from the action cited by the Defendant, *United States v. Steven J. Dolloff*, because Defendant in the instant action was issued a mandatory appearance unlike the Defendant in *United States v. Steven J. Dolloff* who was issued a bailable citation.  (*See* Doc. No. 8 *cf*. Doc. No. 1 in *United States v. Steven J. Dolloff*, 6:22-po-00205-HBK).  Nonetheless, the Court finds good cause to allow Defendant, Mr. Michael Raridan to appear by video teleconference for his hearing on October 4, 2022.

The Court reminds parties that the Federal Rules of Criminal Procedure will be controlling to determine if a video conference is authorized.  Certain hearings that were previously authorized by video conference, because of the COVID-19 Pandemic, may no longer be authorized.  This Order only pertains to the October 4, 2022 hearing and any subsequent requests to appear by video teleconference will need to be filed with the Court.

Accordingly, it is **ORDERED**:

Defendant's request to appear via video conference for his hearing on October 4, 2022 is GRANTED.  The Court will provide the necessary information to facilitate the video conference to defense counsel for Mr. Raridan.

Dated:    September 21, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2