HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL PATRICK RARIDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00239-JLT |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER** |
| vs. | |
| MICHAEL PATRICK RARIDAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Michael Patrick Raridan, that the Court may modify the briefing schedule for Mr. Raridan's appeal of a magistrate judge decision.

On December 26, 2023, Mr. Raridan filed a timely Notice of Appeal. *See* ECF #56. That same day, the Court issued its standard Briefing Schedule. *See* ECF #59. Under the Briefing Schedule, Mr. Raridan's opening brief is due 21 days after the filing of a certificate stating that no transcript will be ordered. Mr. Raridan filed such certificate on January 9, 2024. *See* ECF #60. Accordingly, his opening brief is currently due January 30, 2024, and the government's answering brief is due 21 days after the filing of Mr. Raridan's opening brief. *See id.* The Briefing Schedule further provides: "These periods may be altered by the assigned Judge upon application of the parties . . . ." *Id.*

1      The parties have conferred and request that the Court alter the Briefing Schedule to

2    enable each party adequate time to review the record and conduct necessary research. The parties

3    have as follows: appellant's brief due February 27, 2024; appellee's brief due March 26, 2024;

4    and appellant's reply brief due April 16, 2024.

5

6                            Respectfully submitted,

7

8                            PHILLIP A. TALBERT
United States Attorney

9   Date: January 8, 2024           */s/ Chan Hee Chu*
CHAN HEE CHU

10                          Assistant United States Attorney
Attorney for Plaintiff

11

12                          HEATHER E. WILLIAMS
Federal Defender

13   Date: January 8, 2024           */s/ Erin Snider*
ERIN SNIDER

14                          Assistant Federal Defender
Attorney for Defendant

15                          MICHAEL PATRICK RARIDAN

16

17

18                           **O R D E R**

19      **IT IS SO ORDERED.**  Appellant's brief is due February 27, 2024; Appellee's brief is

20   due March 26, 2024; and Appellant's reply brief is due April 16, 2024.

21

22   IT IS SO ORDERED.

23    Dated:   **January 10, 2024**

24                                   UNITED STATES DISTRICT JUDGE

25

26

27

28