PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL PATRICK RARIDAN,<br><br>　　　　　　　Defendant. | Case No. 1:23-cr-00239-JLT<br><br>STIPULATION TO AMEND BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the United States of America, and Assistant Federal Defender Erin Snider, counsel for Michael Patrick Raridan, that the Court may amend the briefing schedule regarding Defendant's appeal as follows:

　　United States (Appellee) to file answering brief by May 6, 2024;

　　Defendant (Appellant) to file reply brief by June 7, 2024.

　　Given the complexity of the issues involved and other ongoing matters, the United States requires additional time to prepare its answering brief.  The parties have conferred and agree that the above amended briefing schedule will adequately serve the interests of all parties involved.

1  Respectfully submitted,

2                                                 PHILLIP A. TALBERT
   United States Attorney

3

4  Date:  March 19, 2024             */s/ Chan Hee Chu*
   CHAN HEE CHU
5  Assistant United States Attorney
   Attorney for Plaintiff-Appellee
6

7                                                 HEATHER E. WILLIAMS
   Federal Defender

8

9  Date: March 19, 2024              */s/ Erin Snider*
   ERIN SNIDER
10 Assistant Federal Defender
   Attorney for Defendant-Appellant
11 MICHAEL PATRICK RARIDAN

2

U.S. v. Raridan
Case No. 1:23-cr-00239-JLT

# **O R D E R**

**IT IS SO ORDERED.**  The briefing schedule is amended as follows: (1) United States-Appellee to file answering brief by May 6, 2024; and (2) Defendant-Appellant to file reply brief by June 7, 2024.

IT IS SO ORDERED.

Dated:  **March 20, 2024**                                  
                                                                         UNITED STATES DISTRICT JUDGE