UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PATRICK RARIDAN,<br><br>Defendant. | Case No.: 1:23-CR-00239-1-JLT<br>CA Case No.: 26-1141<br><br>**ORDER APPOINTING COUNSEL** |

The Defendant has satisfied the Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS:**

1.      Ashwini S. Mate is provisionally appointed to represent the above defendant in this case effective *nunc pro tunc* to March 24, 2026.

This appointment shall remain in effect until further order of this court.


IT IS SO ORDERED.

Dated:   **March 24, 2026**

_____
UNITED STATES DISTRICT JUDGE